IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WAYPOINT HOMES, INC.
a/a/f SRP Sub, LLC,

    Plaintiff,

      v.

NESTOR MARTINEZ,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1549-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The pro se Defendant's Objections to the Report and Recommendation are totally without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Cobb County.

T:\ORDERS\14\Waypoint Homes, Inc\r&r.wpd

SO ORDERED, this 4 day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge